IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA, | | |
|---|---|---|
| Plaintiff, | | NOV 02 2023 |
| v. | CR NO: 1:23-CR-00210-JLT | CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |
| ERNESTO GONZALEZ BELTRAN | | BY_____ DEPUTY CLERK |
| Defendant. | | |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum     ☐ Ad Testificandum

Name of Detainee: ERNESTO GONZALEZ BELTRAN
Detained at: MADERA COUNTY JAIL

Detainee is:
a.) ☐ charged in this district by:   ☐ Indictment   ☒ Information   ☐ Complaint
    charging detainee with: 21/841(a)(1) Distribution of Methamphetamine; 853(a)
or
b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or
b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH*

Signature: /s/ *Kimberly A. Sanchez*
Printed Name & Phone No: Kimberly A. Sanchez  559-497-4000
Attorney of Record for: United States of America

### WRIT OF HABEAS CORPUS

☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 11/2/23

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 220018391 | DOB: | 07/10/1981 |
| Facility Address: | 14191 Rd 28, Madera, CA 93638 | Race: | H |
| Facility Phone: | 559-675-7951 | FBI#: | 316893PD6 |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____     _____
                                    (signature)