# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ERNESTO GONZALEZ BELTRAN<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.<br>1:23CR210 JLT |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/26/2023

*Ernesto Gonzalez Beltran*
*Defendant's signature*

*Serita Rios (signature)*
*Signature of defendant's attorney*

Serita Rios
*Printed name of defendant's attorney*

*Jennifer L. Thurston (signature)*   November 16, 2023
*Judge's signature*

Hon. Jennifer L. Thurston, United States District Judge
*Judge's printed name and title*

[Handwritten margin note: Siski - translated Thursday 10/26/23 / Asylum FCer]