**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**P.O. Box 688**
**Fresno, California 93712**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant ERNESTO GONZALEZ BELTRAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) Case No. 1:23-CR-00210-JLT |
| ) | |
| Plaintiff, | ) **MOTION TO WITHDRAW AS** |
| vs. | ) **ATTORNEY OF RECORD** |
| ) | |
| ERNESTO GONZALEZ BELTRAN, | ) |
| ) | |
| Defendant. | ) |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 182(d), SERITA RIOS, attorney of record for ERNESTO GONZALEZ BELTRAN in the above-entitled case, moves to withdraw as attorney of record in this case.

ERNESTO GONZALEZ BELTRAN was sentenced on May 28, 2024, and final judgment was entered on May 30, 2024. Attorney SERITA RIOS' representation and retention have therefore concluded and Counsel now moves the Court for an order discharging her as attorney of record in this matter.

Dated: November 3, 2025

*/s/ Serita Rios*
_____
**Serita Rios**
Attorney for Defendant

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

**AFFIDAVIT OF COUNSEL**

I, SERITA RIOS, declare as follows:

1.      I was retained by the defendant, ERNESTO GONZALEZ BELTRAN, to represent him in the pre-trial phase of the above-entitled action.

2.      On November 20, 2023, Mr. Beltran entered a guilty plea in the above-matter to charges of distributing methamphetamine.

3.      Mr. Beltran was sentenced on May 28, 2024, and final judgment was entered on May 30, 2024.

4.      Mr. Beltran is currently in the Bureau of Prisons at Lompoc II Federal Correctional Institution located at 3901 Klein Boulevard in Lompoc, California 93436. His Register number is 85282-510.

5.      Mr. Beltran is aware that my representation concluded upon his judgment and final judgment being entered, I have also mailed him a copy of this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Fresno, California on November 3, 2025.

Dated: November 3, 2025

*/s/ Serita Rios*
_____
**Serita Rios**
Attorney for Defendant

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

**ORDER**

Having found that final judgement has been entered and attorney Serita Rios has completed her representation of Mr. Beltran, the Court hereby grants Counsel's request for leave to withdraw as the attorney of record in this matter.

IT IS SO ORDERED.

Dated:  __**November 4, 2025**__

UNITED STATES DISTRICT JUDGE

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**